IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Case No. 13-cv-00211-MSK

PAMELA JEAN BAROLA, as Personal Representative of the Estate of Shirley A. Cardinale,

　　　　Plaintiff,

v.

SSC PUEBLO BELMONT OPERATING COMPANY LLC, d/b/a Belmont Lodge Health Care Center, a Delaware limited liability company; and
LIVING CENTERS-ROCKY MOUNTAIN INC., d/b/a Belmont Lodge Nursing Home, Inc., Nevada foreign corporation,

　　　　Defendant.

## ORDER OF RECUSAL

THIS MATTER arises sua sponte.  The undersigned finds that grounds exist pursuant to 28 U.S.C. ' 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter.  In particular, one attorney in this matter represents persons who asserted claims against the undersigned arising from a motor vehicle collision.  Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the draw of future cases.

DATED this 29th day of January, 2013.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Marcia S. Krieger*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Marcia S. Krieger
　　　　　　　　　　　　　　　　　　Chief United States District Judge